■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYLER T. CODY, Appellant. [992 NYS2d 915]—Motion to dismiss granted. Memorandum: The matter is remitted to Monroe

County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.